IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Holly Turner<br><br>          Plaintiff<br><br>v.<br><br>Campbell Transportation Company, Inc., A corporation, in its own right; Campbell Transportation Company, Inc. as owner or owner pro-hac-vice of the Motor Vessels Renee Lynn and the Tom G and their fleet of barges.<br><br>          Defendant. | 2:24-cv-00216-WSH<br><br>W. Scott Hardy<br><br>Electronically Filed |

**<u>ORDER</u>**

AND NOW, this 29th day of January, 2025, upon consideration of the Petition which is attached hereto and made a part hereof, and after consideration of the testimony and exhibits provided at the hearing held pursuant to Local Rule 17.2C herein, the Court finds that:

1. Plaintiff has been properly advised of her rights as a seaman;

2. Plaintiff understands her rights as a seaman;

3. Plaintiff wishes to voluntarily settle her claims against all Defendants;

4. Plaintiff has been fully advised of her rights under the terms of the proposed settlement; and

5. That the proposed settlement is fair and reasonable.

It is therefore ORDERED, ADJUDGED and DECREED, that:

1. Turner's rights as a Jones Act seaman have been fully protected and are also fully protected through this settlement;

2. The proposed compromise and settlement is fair and reasonable under the circumstances;

3. Leave is granted to effectuate the compromise and settlement on the basis and in the manner set forth in the Petition; and

4. The Release, a copy of which is attached to the Petition as Exhibit "4" (Docket No. 33-2), is hereby approved and that the Plaintiff is accordingly authorized to execute the same.

It is further ORDERED that payment of the settlement funds as set forth in Exhibit 2 to the Petition (Docket No. 33)—which are over and above all maintenance, cure, reimbursement, and supplemental payments made by Campbell Transportation Company, Inc. to or on behalf of Turner to date—to Turner by a check payable to "*Moschetta Law Firm PC*", and the Escrow Deposit to the Escrow Agent by check payable to "*Bassi, Vreeland and Associates, PC, Trustees*", constitutes a full and final release of Holly S. Turner's rights, claims and demands against Campbell Transportation Company, Inc., as well as those others referred to in the aforesaid Release, arising out of or in any way related to the 3/19/2021 and/or 8/2/2021 incidents.

It is further ORDERED that the escrow agreement appointing Thomas Vreeland, Esq., as escrow agent is hereby approved. The escrow agreement as it relates to her future medical treatment is hereby approved. The portion of the gross settlement proceeds that Ms. Turner has elected to dedicate to her future medical treatment as set forth in Exhibit 6 to the Petition (Docket No. 30-3) is hereby approved.

It is further ORDERED that the attorney's fees assessed, and litigation expenses incurred by The Moschetta Law Firm, P.C. are reasonable and hereby approved, and as such, said law firm shall be paid the sum of legal fees and reimbursement of litigation costs as set forth in Exhibit 2 to the Petition (Docket No. 33).

The Court further ORDERS that pursuant to the terms of Exhibit 6 to the Petition (Docket No. 30-3), this Court shall retain jurisdiction of this matter with respect to the implementation of the terms of the Escrow Agreement, including requests for approval to disburse funds from the Escrow Deposit.

Upon the full implementation of the terms of the Escrow Agreement set forth in Exhibit 6 to the Petition (Docket No. 30-3), the parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) requesting that this civil action is dismissed with prejudice and that the docket be marked as having been fully settled and compromised and dismissed with prejudice.

ENTERED:    This 29th day of January, 2025.

_____
W. Scott Hardy
United States District Judge