IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY S. TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMPBELL TRANSPORTATION )<br>COMPANY, INC., as owner or owner )<br>pro-hac-vice of the Motor Vessels Renee Lynn )<br>and the Tom G and their fleet of barges, )<br>)<br>Defendant. ) | Civil Action No. 24-216 |

### ORDER

AND NOW, this 29th day of January 2025, the Court having approved Plaintiff's Petition for Leave to Compromise and Settle Claims of Plaintiff Seaman, and the only matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

/s/  *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All Counsel of Record